**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
*Fort Lauderdale Division*

Case Number: **25-CV-60354-RLR**

FILED BY ___ D.C.
APR 11 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

5307 CWELT-2008 LLC )
Defendant/Appellant, )
)
v. )
)
Wells Fargo Financial System )
Florida, Inc, )
Plaintiff/Appellee )

**NOTICE OF APPEAL**

**NOTICE IS HEREBY GIVEN** that 5307 CWELT -2008 LLC, Defendant in the above-styled case, hereby appeals to the United States Court of Appeals for the Eleventh (11th) Circuit a March 6, 2025 Order [ECF 4] Remanding Case to State Court; and 2) an April 3, 2025 *paperless* Order [ECF 8] Denying Defendant's Motion for Reconsideration without any explanation. The orders were entered by the United States District Court, Southern District of Florida. Conformed copies of the March 6, 2025 and the April 3, 2025 orders are attached hereto.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice was furnished to the Plaintiff/Appellee's attorney listed below by U.S. Mail, the Public Access to Court Electronic Records ("PACER") system, and/or by email on this 11th day of April, 2025.

**ALBERTELLI LAW**
P.O. Box 23028
Tampa, Florida 33623

5307 CWELT-2008
5307 NW 93rd Avenue
Sunrise, Florida 33351

Case 0:25-cv-60354-RLR Document 4 Entered on FLSD Docket 03/06/2025 Page 1 of 2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 25-CV-60354-RLR**

WELLS FARGO FINANCIAL
SYSTEM FLORIDA, INC.,

Plaintiff,

vs.

5307 CWELT-2008 LLC,
et al.,

Defendants.
____________________________/

**ORDER REMANDING CASE TO STATE COURT**

This matter is before the Court *sua sponte*. The Court remands this case back to state court for three reasons.

First, one Defendant removed this case to federal court. That Defendant, 5307 CWELT-2008 LLC, filed the notice of removal without counsel—purporting to act *pro se*. Business entities may not be represented *pro se*—they must be represented by an attorney. *E.g., Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985).

Second, there are multiple Defendants in the underlying state court case, but only one Defendant filed the notice of removal. All served Defendants must consent to removal. *E.g., Chicago, R.I. & P. Ry. Co. v. Martin*, 178 U.S. 245, 247-48 (1900).

Third, the underlying state court case has been pending for approximately six years. The time limit for removal to federal court is one year. 28 U.S.C. § 1446(b).

For the foregoing reasons, it is **ORDERED AND ADJUDGED** that the Clerk of the Court shall **REMAND** this matter back to the Seventeenth Judicial Circuit in and for Broward County and **CLOSE** this federal case. All other pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers, West Palm Beach, Florida, this 6th day of March, 2025.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

CLOSED,PAB

# U.S. District Court
# Southern District of Florida (Ft Lauderdale)
# CIVIL DOCKET FOR CASE #: 0:25-cv-60354-RLR

Wells Fargo Financial System Florida, Inc. v. 5307 CWELT-2008 LLC
Assigned to: Judge Robin L. Rosenberg
Referred to: Magistrate Judge Panayotta D. Augustin-Birch
Case in other court: In The Circuit Court of The Seventeenth Judicial C, CACE-16-004032
Cause: 28:1332 Diversity-Notice of Removal

Date Filed: 02/24/2025
Date Terminated: 03/06/2025
Jury Demand: Defendant
Nature of Suit: 220 Real Property: Foreclosure
Jurisdiction: Diversity

**Plaintiff**

**Wells Fargo Financial System Florida, Inc.**
*Successor By Mer-er to Wells Fargo USA Holdings, Inc.*

represented by **Edward Brown Pritchard**
PO Box 25158
Tampa, FL 33622
813 287-8988
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**5307 CWELT-2008 LLC**

represented by **5307 CWELT-2008 LLC**
5307 NW 93rd Avenue
Sunrise, FL 33351
PRO SE

| Date Filed | # | Docket Text |
|---|---|---|
| 02/24/2025 | 1 | NOTICE OF REMOVAL (STATE COURT COMPLAINT - VERIFIED COMPLAINT TO FORECLOSURE MORTGAGE) Filing fee $405.00, filed by 5307 CWELT-2008 LLC. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit)(amb) (No Answer/ Motion to dismiss filed) Text Modified on 2/24/2025 (amb). (Entered: 02/24/2025) |

| | | |
|---|---|---|
| 02/24/2025 | 2 | Clerks Notice of Judge Assignment to Judge Robin L. Rosenberg and Magistrate Judge Panayotta D. Augustin-Birch.<br><br>Pursuant to 28 USC 636(c), the parties are hereby notified that the U.S. Magistrate Judge Panayotta Augustin-Birch is available to handle any or all proceedings in this case. If agreed, parties should complete and file the Consent form found on our website. It is not necessary to file a document indicating lack of consent.<br><br>Pro se (NON-PRISONER) litigants may receive Notices of Electronic Filings (NEFS) via email after filing a Consent by Pro Se Litigant (NON-PRISONER) to Receive Notices of Electronic Filing. The consent form is available under the forms section of our website. (amb) (Entered: 02/24/2025) |
| 02/24/2025 | 3 | Clerks Notice of Receipt of Filing Fee received on 2/24/2025 in the amount of $ 405.00, receipt number 19736 (nan) (Entered: 03/06/2025) |
| 03/06/2025 | 4 | ORDER REMANDING CASE TO STATE COURT CLOSING CASE. Signed by Judge Robin L. Rosenberg on 3/6/2025. *See attached document for full details.* (caw) (Entered: 03/06/2025) |
| 03/06/2025 | 5 | Transmittal Letter Sent with Certified Copy of 4 Order to Remand to: 17th Judicial Circuit in and for Broward County, FL. State Court Case Number: CACE-16-004032. (caw) (Entered: 03/06/2025) |
| 03/07/2025 | 6 | Clerk's Notice to Filer of Failed Filing Fee payment regarding receipt number FLS 19736 in the amount of $405.00(DE# 3). The Filer is instructed to pay $405.00 plus a return fee of $53.00, if applicable, within 24 hours of this notice. (Torres, Betsabel) (Entered: 03/07/2025) |
| 04/02/2025 | 7 | MOTION for Reconsideration re 4 Order Remanding Case to State Court by 5307 CWELT-2008 LLC. (amb) (Entered: 04/03/2025) |
| 04/03/2025 | 8 | PAPERLESS ORDER denying 7 Motion for Reconsideration. Signed by Judge Robin L. Rosenberg (bkd) (Entered: 04/03/2025) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 04/04/2025 06:04:12 | | | |
| **PACER Login:** | DrewT3008 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 0:25-cv-60354-RLR |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |